IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ㎜ D.C.
05 OCT 19 PM 2: 26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

RICHARD COLEMAN MOORE        05cr20359-D

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of __10/19/05__ through __11/09/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel. **ARRAIGNMENT IS RESET TO WEDNESDAY, NOVEMBER 9, 2005 AT 9:30A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON**.

This __19__ day of __October__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-20-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20359 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT