FILED BY ᴅᴍᴍ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV -8 AM 8: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

v.

RICHARD COLEMAN MOORE                                          05cr20359-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on _____11-9-05_____ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _____Arch Boyd_____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21 USC 846
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Attorney assigned to Case: D. Henry

Age: 30

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11/8/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20359 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT